**Order entered February 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01470-CV

**SAM GRIFFIN FAMILY INVESTMENTS-I, INC, D/B/A BUMPER TO BUMBER CAR WASH, Appellant**

**V.**

**DALLAS CENTRAL APPRAISAL DISTRICT, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-10450-H**

## ORDER

Before the Court is appellant's January 29, 2013 motion to extend the time for filing the clerk's record. Appellant requests an extension of time of sixty days to allow the trial court to prepare its findings of fact and conclusions of law. On January 10, 2013, the Court received notice from the District Clerk that the clerk's record has been prepared and will be filed when appellant pays the fee for its preparation. We **GRANT** appellant's motion **only to the extent** that the clerk's record shall be filed on or before March 1, 2013.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE